**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax:     (818) 347-4118

**GRECH, PACKER & HANKS**
Trenton C. Packer (SBN 241057)
7095 Indiana Ave Ste 200
Riverside, CA 92506
(951) 682-9311
Email: tpacker@grechpackerlaw.com

*Attorneys for Plaintiff*
LEANDRA GUERRERO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRA GUERRERO,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF COLTON; and DOES 1-10, inclusive,<br><br>            Defendants. | CASE No.: 5:26-cv-00978-DTB<br><br>Magistrate Judge: David T. Bristow<br><br>**STATEMENT ON SERVICE OF NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE** |

**TO THE HONORABLE COURT:**

Plaintiff LEANDRA GUERRERO, by and through their counsel and counsel's office personnel, having entered into an agreement with Defendant CITY OF COLTON for both parties to accept electronic service of all discovery, electronically served all applicable email addresses for defense counsel with Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent (Docket No. 5), along with Plaintiff's Complaint for Damages (Docket No. 1),

1

Civil Cover Sheet (Docket No. 2), Certification and Notice of Interested Parties (Docket No. 3), and Standing Order (Docket No. 7), on May 4, 2026 (Proof of Service attached hereto as "Exhibit A".). By serving the documents on all email addresses that were specified within the agreement to include in service for defense counsel, service is therefore complete.

DATED: May 6, 2026

**LAW OFFICES OF DALE K. GALIPO**
**GRECH, PACKER & HANKS**

By:  /s/     *Trenton C. Packer*
Dale K. Galipo, Esq.
Marcel Sincich, Esq.
Trenton C. Packer, Esq.
*Attorneys for Plaintiff* LEANDRA GUERRERO

2

STATEMENT ON SERVICE OF NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE