# EXHIBIT A

Leandra Guerrero v. City of Colton, et al.
**Case No.: 5:26-cv-00978-DTB**

### PROOF OF SERVICE

I, the undersigned, declare that I am a citizen of the United States, over the age of eighteen years, and am not a party to the within action. My business address is 7095 Indiana Avenue, Suite #200, Riverside, California 92506.

On **May 4, 2026,** I served the foregoing documents described as:

**"PLAINTIFF'S COMPLAINT FOR DAMAGES"**
**"CIVIL COVER SHEET"**
**"CERTIFICATION AND NOTICE OF INTERESTED PARTIES"**
**"NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT"**
**"STANDING ORDER"**

by placing a true copy thereof enclosed in a sealed envelope as addressed below and depositing said envelope with postage thereon fully prepaid in a United States Postal Service mailbox in **Riverside, California** in the ordinary course of business. (I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.)

by personal service to the person listed at the address below.

by sending a true copy thereof via facsimile as addressed below.

X     by electronic service. I sent the foregoing document(s) via electronic transmittal to the notification addresses listed below.

**Dean Gazzo Roistacher LLP**
mdean@deangazzo.com
bmesner@deangazzo.com
mmacias@deangazzo.com
mkilcrease@deangazzo.com

**Grech, Packer, & Hanks**
tpacker@grechpackerlaw.com

**Law Offices of Dale K. Galipo**
dalekgalipo@yahoo.com
msincich@galipolaw.com
ldeleon@galipolaw.com
amonguia@galipolaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 4, 2026,** in Riverside, California.

Kayla Pena-Pham
Law Clerk