Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Brooke Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:     mdean@deangazzo.com
          bmesner@deangazzo.com

Attorneys for Defendant
City of Colton

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRA GUERRERO,<br><br>                 Plaintiff,<br><br>        v.<br><br>CITY OF COLTON; and DOES 1-10, inclusive,<br><br>                 Defendants. | Case No.:    5:26-cv-00978-DTB<br><br>**DECLARATION OF BROOKE M. MESNER IN SUPPORT DEFENDANT CITY OF COLTON'S MOTION TO DISMISS PLAINTIFF'S SECOND CLAIM FOR RELIEF FOR FAILURE TO TRAIN**<br><br>Date:         August 6, 2026<br>Time:         10:00 a.m.<br>Courtroom: 4<br>Magistrate: David T. Bristow<br><br>Complaint Filed: March 2, 2026<br>Trial Date: None set |

I, Brooke M. Mesner, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California.  I am also an associate in the law firm of Dean Gazzo Roistacher, LLP, attorneys of record for defendant City of Colton in this matter.  I have personal knowledge of the following facts, and if called to testify with respect thereto, would do so competently.

///

///

///

1

2.     In accordance with Local Rule 7-3 the parties meaningfully met and conferred regarding the City's motion to dismiss. The parties were not able to reach an agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 29, 2026, at Solana Beach, California.

_/s/ Brooke M. Mesner_
Brooke M. Mesner, declarant

2

Case No. ????