Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Brooke Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:       mdean@deangazzo.com
              bmesner@deangazzo.com

Attorneys for Defendant
City of Colton

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRA GUERRERO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COLTON; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:   5:26-cv-00978-DTB<br><br>**[PROPOSED] ORDER RE DEFENDANT CITY OF COLTON'S MOTION TO DISMISS PLAINTIFF'S SECOND CLAIM FOR RELIEF FOR FAILURE TO TRAIN**<br><br>Date:        August 6, 2026<br>Time:        10:00 a.m.<br>Courtroom:  4<br>Magistrate:  David T. Bristow<br><br>Complaint Filed: March 2, 2026<br>Trial Date: None set |

The Court, having taken under submission Defendant City of Colton's Motion to Dismiss Plaintiff's Second Claim for Relief for Failure to Train and having reviewed and considered all briefing on said motions, now rules as follows:

The Court GRANTS Defendant City of Colton's motion to dismiss plaintiff's second claim for relief without further leave to amend. Plaintiff's second claim for relief only states conclusory allegations which fail to allege facts in which relief could be granted. *See Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 691 (1978).; *A.G. v. City of San Leandro*, Case No. 24-cv-01273-JSW, 2025 U.S. Dist. LEXIS 55630, at *10-11, 2025 WL 902033 (N.D. Cal. Mar. 25, 2025).

1

Accordingly, plaintiff's Second Claim for Relief for failure to train is DISMISSED without further leave to amend.

**IT IS SO ORDERED.**

Dated: _____        _____
                                HON. DAVID T. BRISTOW
                                UNITED STATES MAGISTRATE JUDGE

2