## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:26-cv-00978-DTB**                           Date: **July 24, 2026**

Title:  **Leandra Guerrero v. City of Colton, et al**
=================================================================

**DOCKET ENTRY**
=================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                              n/a
Deputy Clerk                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING MOTION TO DISMISS [DOCKET NO. 13]**

Defendant City of Colton filed a Motion to Dismiss Plaintiff's Complaint ("Motion").  (Docket No. 13).  Defendant set the hearing on the Motion for August 6, 2026.  The Court finds that the matters raised by the Motion are capable of resolution without a hearing and hereby takes the August 6, 2026, hearing OFF CALENDAR.  Fed.R.Civ.P. 78(b), Central District of California Local Rule 7-15.  No appearance by any party is required unless otherwise ordered by the Court.

**IT IS SO ORDERED**.

MINUTES FORM 11                                Initials of Deputy Clerk  RAM
CIVIL-GEN